# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCY BLOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:14-cv-3033 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT
### (Unlawful Debt Collection Practices)

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LUCY BLOOD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

           Respectfully Submitted,

DATED:  March 17, 2014    KROHN & MOSS, LTD.

           By: /s/ Ryan S. Lee                                _
             Ryan S. Lee, Esq.
             Krohn & Moss, Ltd.
             10474 Santa Monica Blvd. Suite 405
             Los Angeles, CA 90025
             Ph: (323) 988-2400; Fx: (866) 861-1390
             rlee@consumerlawcenter.com
             Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to Defendant at:

    GC Services, L.P.
    6330 Gulfton St.
    Houston, TX 77081

    /s/ Ryan S. Lee
    Ryan S. Lee
    Attorney for Plaintiff