**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| LUCY BLOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-3033 |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

LUCY BLOOD (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, GC SERVICES LIMITED PARTNERSHIP (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Ryan S. Lee
      Ryan S. Lee
      CA # 235879
      Attorneys for Plaintiff
      Krohn & Moss, Ltd.
      10474 Santa Monica Blvd., Suite 405
      Los Angeles, California 90025
      Tel: 323-988-2400 x 241
      Fax: (866) 861-1390
      rlee@consumerlawcenter.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 22, 2014, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was sent via US Mail to the following:

       GC Services, Limited Partnership
       6330 Gulfton St.
       Houston TX 77081

                      <u>s/ Ryan S. Lee</u>
                      Ryan S. Lee
                      Attorney for Plaintiff